PROB 12C                                                              Report Date: September 9, 2010
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 15 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Charles Griggs          Case Number: 2:92CR00201-001

Address of Offender:                Spokane, WA  99207

Name of Sentencing Judicial Officer: The Honorable Alan A. McDonald, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 6/4/1993

| | |
|---|---|
| Original Offense: | Attempted Armed Bank Robbery, 18 U.S.C. § 2113(d); Assaulting or Interfering with a Special Agent, 18 U.S.C. § 111(a)(b); Using/Carrying a Firearm in Relation to a Crime of Violence, 18 U.S.C. § 924(c); and Felon in Possession of a Firearm, 18 U.S.C. 922(g)(1) & 18 U.S. C. 924(e) |
| Original Sentence: | Prison - 180 Months; TSR - 60 Months          Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Joseph Harrington          Date Supervision Commenced: 1/15/2010 |
| Defense Attorney: | Federal Defenders          Date Supervision Expires: 1/14/2015 |

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Michael Griggs violated conditions of his supervised release supervision by consuming marijuana on or about August 24, 2010.<br><br>On August 24, 2010, U.S. Probation received notice that Michael Griggs submitted a urine specimen that was presumptive positive for marijuana. On August 24, 2010, Mr. Griggs was summoned to Pioneer Human Services facility for urine testing. The specimen was tested and returned a presumptive positive reading for marijuana. The sample was subsequently forwarded to the laboratory for further analysis and was confirmed positive for marijuana.<br><br>On August 25, 2010, the offender was instructed to appear in the U.S. Probation Office in order to address the alleged violation. At that time, Mr. Griggs denied knowingly consuming |

Prob12C

Re: **Griggs, Michael Charles**
September 9, 2010
Page 2

        marijuana and refused to sign the Admission of Drug Use form. In elaborating, Mr. Griggs stated that he unwittingly consumed brownies that contained marijuana. According to Mr. Griggs, the brownies were prepared by his girlfriend's sister who has a medical marijuana prescription. Michael Griggs stated that the brownies were not intended for him, as his girlfriend also has a medical marijuana prescription.

2      **Standard Condition # 8**: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

      **Supporting Evidence**: Michael Griggs violated conditions of his supervised release supervision by residing with Rhonda Chavez, girlfriend, who possesses and consumes marijuana for medicinal purposes in their home.

      During the above-mentioned meeting with Michael Griggs, he admitted that his girlfriend has a medical marijuana prescription and consumes the drug at their residence. Michael Griggs was questioned as to his failure to notify the undersigned officer of his girlfriend's use and possession of marijuana in their residence. Mr. Griggs stated that he believes that he should enjoy a certain degree of privacy specific to his girlfriend's medical needs. He also stated that he did not believe the undersigned officer would permit him to reside at the residence if he acknowledged marijuana was maintained and consumed by his girlfriend.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/09/2010

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

September 13, 2010
Date