PROB 12C
(7/93)

Report Date: June 19, 2014

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2014

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Charles Griggs        Case Number: 0980 2:92CR00201-JLQ-1

Address of Offender: ▇

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: June 4, 1993

Original Offense: Attempted Armed Bank Robbery, 18 U.S.C. § 2113 (d); Assaulting or Interfering with a Special Agent, 18 U.S.C. § 111 (a)(b); Using/Carrying a Firearm in Relation to a Crime of Violence, 18 U.S.C. § 924(c)); Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) & 924(e)

Original Sentence: Prison 180 months; TSR - 60 months        Type of Supervision: Supervised Release

Asst. U.S. Attorney: Pamela Byerly        Date Supervision Commenced: January 15, 2010

Defense Attorney: Federal Defenders Office        Date Supervision Expires: January 14, 2015

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---

1   **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: On June 3, 2014, Michael Griggs submitted a urine specimen at the U.S. Probation Office that yielded initial positive findings for methamphetamine and opiates. On June 11, 2014, said specimen was confirmed positive at Alere Labortory for methamphetamine and morphine (heroin).

2   **Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Prob12C
Re: Griggs, Michael Charles
June 19, 2014
Page 2

**Supporting Evidence**: On June 17, 2014, Michael Griggs admitted to the undersigned officer that he drinks alcohol on occasion.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/19/2014

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/19/2014
Date